ORIGINAL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1  EMERSON HALL III and<br>D-2  RACHELL DICKERSON.<br><br>Defendants.<br>_____ / | Case:2:19-cr-20541<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 08-21-2019 At 11:25 AM<br>INFO USA V EMERSON HALL III, ET AL<br>(LG)<br><br>VIOLATION:<br><br>18 U.S.C. § 287– False Claim |

## INFORMATION

The United States Attorney Charges:

## COUNT ONE
### 18 U.S.C. §287: False, Fictitious or Fraudulent Claim

On or about February 11, 2015, in the Eastern District of Michigan, **D-1 EMERSON HALL III** and **RACHELL DICKERSON D-2,** defendants, knowingly made and presented to the Internal Revenue Service, an agency of the Department of the Treasury, a claim against the United States for payment which they knew to be false, fictitious and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, what purported to be a 2014 individual federal income tax return for **J.T. and N.T.**, in which a

claim for an income tax refund in an amount of $2,399 was made, with

knowledge that such claim was false, fictitious, and fraudulent, all in violation

of Section 287 of Title 18 of the United States Code.

                                MATTHEW SCHNEIDER
                                United States Attorney

                                */s/ K. Reynolds*
                                **Karen L. Reynolds** P31029
                                Assistant United States Attorney
                                White-Collar Crimes Unit
                                211 W. Fort Street, Ste. 2001
                                Detroit, MI 48226
                                (313) 226-9672
                                karen.reynolds@usdoj.gov

Date:  August 21, 2019

Case 2:19-cr-20541-PDB-APP   ECF No. 1   filed 08/21/19   PageID.3   Page 3 of 3



| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case:2:19-cr-20541<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 08-21-2019 At 11:25 AM<br>INFO USA V EMERSON HALL III, ET AL<br>(LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _KR_ |

Case Title: USA v.  D-1 Emerson Hall III and D-2 Rachell Dickerson

County where offense occurred : Oakland County

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 21, 2019
Date

*/s/ Karen Reynolds*
Karen L. Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9672
Fax:    (313) 226-2873
E-Mail address: Karen.reynolds@usdoj.gov
Attorney Bar #:  P31029

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16